IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                       No. 4:22-cr-38-DPM-1

YNOHTNA W. CARROLL                                    DEFENDANT

## ORDER

1. After conferring with counsel, Ynohtna Carroll consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 51*. No objections were filed and the time to do so has passed.

2. Carroll, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 26 January 2022 in the Eastern District of Arkansas, as charged in count one of the Superseding Information. He made a knowing and voluntary choice to waive prosecution by indictment and plead guilty to the Superseding Information under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3. The Court accepts Carroll's guilty plea and convicts him of the offense. The United States' oral motion to dismiss is granted. The Indictment is dismissed without prejudice as to Carroll.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 April 2023